UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 08-61-ART

DON FUGATE,                                                                                             PLAINTIFF,

V.                                             ORDER

RONNIE ADAMS
AND KNOTT COUNTY FISCAL COURT,                                           DEFENDANTS.

      This matter is before the Court on the Defendant's Motion to Stay Proceedings [R. 16]. Defendant moves the Court to stay all proceedings and deadlines in this case until conclusion of his related criminal case, United States v. Ronnie Adams, et al., 7:07-CR-35-GFVT, (filed Nov. 29, 2007 E.D.Ky.). This matter and motion is factually and legally similar to the matter of Phillip Darrell Sparkman, et al., v. Randy Thompson, et al., 7:08-CV-01-KKC, in which Sparkman moved to stay all proceedings in a civil matter pending resolution of his criminal appeal. For the reasons stated in Sparkman, a copy of which is attached to this Order, the Motion to Stay Proceedings will be denied.

      Therefore, IT IS ORDERED that the Motion to Stay Proceedings [R. 16] is DENIED.

      This the 20th day of July, 2009.



Signed By:
Edward B. Atkins   EBA
United States Magistrate Judge